1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL F. TAYLOR, et al.,<br><br>                 Plaintiffs,<br><br>   v.<br><br>THE PEOPLE OF THE STATE<br>OF ALABAMA, et al.,<br><br><br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:11cv01847 AWI DLB<br><br>ORDER REQUIRING PLAINTIFF TO<br>SUBMIT APPLICATION TO PROCEED IN<br>FORMA PAUPERIS **OR** PAY FILING FEE<br><br><br>[SEALED] |

17

     Plaintiff, a state prisoner proceeding pro se, filed the instant qui tam action on November

18  3, 2011.  However, Plaintiff did not file an application to proceed in forma pauperis or pay the

19  filing fee.

20       Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma

21  pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within **twenty-**

22  **one (21)** days of the date of service of this order.  The Clerk of the Court shall send Plaintiff the

23  appropriate application.

24       Failure to comply with this order will result in a recommendation that this action be

25  dismissed.

26       IT IS SO ORDERED.

27  **Dated:   November 10, 2011**             **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

28