UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIRELL F. TAYLOR, et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**THE PEOPLE OF THE STATE OF ALABAMA, et al.,**<br><br>Defendants | **CASE NO. 1:11-CV-1847 AWI DLB**<br><br>**ORDER UNSEALING CASE** |

This case was filed as a qui tam action by Plaintiff on behalf the United States under to the False Claims Act (31 U.S.C. § 3729 et seq), alleging underpayment of federal income taxes by individual taxpayers. Doc. 1. Pursuant to 31 U.S.C. § 3730(b)(2), the complaint was filed under seal. Plaintiff was seeking to proceed in forma pauperis. In reviewing the application, the court determined that there was no subject matter jurisdiction. Docs. 8 and 10. The United States did not take part in this case. There is no reason for the records in this case to remain sealed. See United States ex rel. Lee v. Horizon West, Inc., 2006 U.S. Dist. LEXIS 97310, *6 (N.D. Cal. Feb. 6, 2006) ("other courts faced with this issue have considered lifting the seal on the entire record to be appropriate unless the Government shows that such disclosure would: (1) reveal confidential investigative methods or techniques; (2) jeopardize an ongoing investigation; or (3) harm non-parties"); cf. United States v. Creekside Hospice II, LLC, 2015 U.S. Dist. LEXIS 173556, *11 (D. Nev. 2015) ("courts routinely unseal the dockets of qui tam actions once litigation is under way. There is a strong presumption in favor of public access to judicial proceeding").

The Clerk of the Court is directed to UNSEAL all documents in this case. The case remains closed.

IT IS SO ORDERED.

Dated:   January 14, 2016                              _____

SENIOR  DISTRICT  JUDGE